UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Marcus Richardson            Docket No. 5:11-CR-121-2FL

**Petition for Action on Supervised Release**

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Marcus Richardson, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 2, 2012, to the custody of the Bureau of Prisons for a term of 74 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Marcus Richardson was released from custody on September 13, 2016, at which time the term of supervised release commenced. On January 11, 2017, the court was notified of the defendant's use of marijuana. He was placed in substance abuse treatment and has since completed same.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During a routine office visit on November 7, 2017, the defendant tested positive for the use of marijuana. When confronted, Richardson admitted to smoking marijuana after being diagnosed with Sarcoidosis, an inflammatory disease that affects multiple organs in the body. He expressed his fear of the unknown prognosis and acknowledged that smoking marijuana was not an acceptable way of handling this emotion. To assist with his decision making, Richardson agreed to participate in Moral Reconation Therapy (MRT). The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain            /s/ Julie Wise Rosa
Michael C. Brittain            Julie Wise Rosa
Supervising U.S. Probation Officer        Senior U.S. Probation Officer
                                                   310 New Bern Avenue, Room 610
                                                   Raleigh, NC 27601-1441
                                                   Phone: 919-861-8675
                                                   Executed On: November 27, 2017

**Marcus Richardson**
**Docket No. 5:11-CR-121-2FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __28th__ day of __November__, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge