# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Marcus Richardson**                    **Docket No. 5:11-CR-121-2FL**

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Marcus Richardson, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 2, 2012, to the custody of the Bureau of Prisons for a term of 74 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Marcus Richardson was released from custody on September 13, 2016, at which time the term of supervised release commenced. On January 11, 2017, the court was notified of the defendant's use of marijuana. He was placed in substance abuse treatment and has since completed same.

On November 27, 2017, the conditions of supervision were modified to include cognitive behavioral therapy in response to his use of marijuana. Richardson subsequently completed this program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 2, 2018, the defendant tested positive for the use of cocaine. He was reprimanded for his decisions and agreed to complete 30 days curfew with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Michael C. Brittain                   /s/ Julie Wise Rosa
Michael C. Brittain                       Julie Wise Rosa
Supervising U.S. Probation Officer        Senior U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 919-861-8675
                                          Executed On: August 30, 2018

## ORDER OF THE COURT

Considered and ordered this ___30th___ day of ___August___, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge